MAY 30, 2000

No. 99–1266. UNITED STATES v. JOHNSON. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Jones* v. *United States*, 529 U. S. 848 (2000).

No. 99–6136. REA v. UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Jones* v. *United States*, 529 U. S. 848 (2000).

No. 99–8771. COTNER v. COURT OF CRIMINAL APPEALS OF OKLAHOMA ET AL. Sup. Ct. Okla. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–8810. MIKKILINENI v. CITY OF HOUSTON ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–8814. PATTERSON v. HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 129, Orig. VIRGINIA v. MARYLAND. Motion of Audubon Naturalist Society for leave to file a brief as *amicus curiae* granted. Motion for leave to file bill of complaint granted. Defendant is allowed 60 days within which to file an answer.